■ EDWARD ODELL, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment in favor of plaintiff in the sum of $165,217, unanimously reversed, on the law and on the facts, the verdict vacated, and a new trial granted, with costs to defendant-appellant, unless plaintiff stipulates to accept $100,000 in lieu of the award by verdict, in which event the judgment is modified to that extent, and is affirmed as thus modified, with costs to defendant-appellant. In this personal injury negligence action it is evident that the jury verdict is grossly excessive in its award of damages, and that a verdict in excess of $100,000 is not warranted by the record. Settle order on notice. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of JOHN W. O'NEILL et al., Appellants, v. JOSEPH SCHECHTER et al., Constituting the Civil Service Commission of the City of New York, Respondents.— Order entered on May 11, 1961, denying petitioners' application to compel respondents to correct the marking of 10 questions on a promotion examination from Patrolman to Sergeant in the Police Department of the City of New York, and dismissing the petition, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON WAGMAN, Relator, on the Petition of JOEL H. WEINBERG, Appellant, v. HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order, entered on May 15, 1961, dismissing a writ of habeas corpus, unanimously affirmed. No opinion. Motion to dispense with printing and for other relief granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ PERSIS PUTNAM, Respondent, v. PHILLIP E. GOLDFEIN, Appellant, et al., Defendant.— Order entered on March 2, 1961, granting plaintiff's motion to amend the complaint, unanimously reversed on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion of the plaintiff to amend the complaint and the bill of particulars denied, with $10 costs. This action was begun November 21, 1956, by the service of a summons. A verified complaint was served February 9, 1957. At that time plaintiff alleged the accident, a fall upon icy steps, occurred April 9, 1956. The bill of particulars refers to some confinement to bed and home from April 19, 1956. Now, over four years later, plaintiff seeks to amend her complaint to change the date of the alleged accident from April 9, 1956 to March 19, 1956. No sufficient reason is shown to excuse the delay. Since no report of the accident was made to anyone at the premises, and defendant alleges its first notice of the accident was upon receipt of a letter dated September 24, 1956, the amendment sought would in our opinion unduly prejudice the defendant. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ CHARLES H. TENNEY, as Corporation Counsel of the City of New York, v. LIBERTY NEWS DISTRIBUTORS, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ HYMAN JURASKY v. PAULING REALTY CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.